NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CERTUSVIEW TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**S & N LOCATING SERVICES, LLC, S & N COMMUNICATIONS, INC.,**
*Defendants-Appellees*

---

2015-1404

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 2:13-cv-00346-MSD-TEM, Judge Mark S. Davis.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of CertusView Technologies's unopposed motion for an extension of time, until June 12, 2015, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.

2 CERTUSVIEW TECHNOLOGIES, LLC v. S & N LOCATING SERVICES, LLC

          FOR THE COURT

          /s/ Daniel E. O'Toole
          Daniel E. O'Toole
          Clerk of Court

s25